# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARLIN PENN,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**WARDEN OF KERN VALLEY STATE PRISON, et al.,**<br><br>      **Defendants.** | **CASE NO. 1:18-cv-01482-AWI-HBK (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. No. 23) |

    Plaintiff Marlin Penn is a state prisoner proceeding pro se on a second-amended complaint filed under 42 U.S.C. § 1983. Doc. No. 19. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

    On July 8, 2021, the assigned magistrate judge issued findings and recommendations that determined Plaintiff's second-amended complaint stated First Amendment retaliation claims against Defendants Lucas and Hernandez and an Eighth Amendment cruel and unusual punishment claim and a First Amendment retaliation claim against Defendant Warden. Doc. No. 23 at 6–7, 9, 13. The findings and recommendations also determined that Plaintiff failed to state any other cognizable claims against any other defendants and recommended dismissal of the second-amended complaint on these matters. Id. at 13. The findings and recommendations, which were served on Plaintiff, informed that any objections were to be filed within fourteen days. Id. at 14. Plaintiff filed an objection on July 19, 2021. Doc. No. 24.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objection, the Court concludes that the findings and recommendations are supported by the record

and by proper analysis.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 23) issued on July 8, 2021, are ADOPTED in full;
2. The case proceeds on Plaintiff's retaliation claims against Defendants Lucas and Hernandez and Plaintiff's cruel and unusual punishment claim and retaliation claim against Defendant Warden;
3. All other claims and defendants are DISMISSED;
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   July 28, 2021

SENIOR  DISTRICT  JUDGE