1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   MARLIN PENN,                          Case No.  1:18-cv-1482-AWI-HBK
12             Plaintiff,                  ORDER REFERRING CASE TO
                                           POSTSCREENING ADR AND STAY OF
13        v.                               CASE FOR 60 DAYS
14   WARDEN OF KERN VALLEY, ET. AL.,
15             Defendants.
16

17        Plaintiff Marlin Penn is a state prisoner proceeding *pro se* and *in forma pauperis* on his

18   Second Amended Complaint brought pursuant to 42 U.S.C. § 1983.  (Doc. No. 19).  As set forth

19   in the screening order, the Court determined Plaintiff's Second Amended Complaint states a

20   cognizable Frist Amendment retaliation claim against Defendants Hernandez and Lucas and an

21   Eighth Amendment cruel and unusual punishment claim and a First Amendment retaliation

22   claims against Defendant Warden.  (Doc. No. 23 at 13).  Defendants answered the Second

23   Amended Complaint on December 15, 2021.  (Doc. No. 30).

24        The Court refers all civil rights cases filed by *pro se* individuals to Alternative Dispute

25   Resolution (ADR) to attempt to resolve such cases more expeditiously and less expensively.  *See*

26   *also* Local Rule 270.  In appropriate cases, defense counsel from the California Attorney

27   General's Office have agreed to participate in ADR.  No claims, defenses, or objections are

28   waived by the parties' participation.

1    Attempting to resolve this matter through settlement now would save the parties the time

2    and expense of engaging in discovery and preparing substantive dispositive motions.  The Court

3    therefore will continue a STAY of this action for 60 days to allow the parties to investigate

4    Plaintiff's claims, meet and confer, and participate in an early settlement conference.  The Court

5    presumes that all post-screening civil rights cases assigned to the undersigned will proceed to a

6    settlement conference.  If, however, after investigating Plaintiff's claims and meeting and

7    conferring, either party finds that a settlement conference would be a waste of resources, the party

8    may opt out of the early settlement conference.  If either party opts out or the settlement is

9    unsuccessful the Court will enter a discovery and scheduling order.

10   Accordingly, it is **ORDERED**:

11   1.    This action will remain **STAYED for 60** days to allow the parties an opportunity

12   to settle their dispute.  No pleadings or motions may be filed in this case during the stay, and the

13   parties shall not engage in formal discovery.

14   2.    **Within 30 days** from the date on this Order, the parties shall file a notice if they

15   object to proceeding to a settlement conference or if they believe that settlement is not currently

16   achievable.  **If either party objects to a settlement conference the Court will issue a**

17   **scheduling and discovery order.**

18   4.    If neither party has opted out of settlement by the expiration of the objection

19   period, the Court will assign this matter by separate Order to a United States Magistrate Judge,

20   other than the undersigned, for conducting the settlement conference.

21   5.    If the parties reach a settlement prior to the settlement conference, they SHALL

22   file a Notice of Settlement as required by Local Rule 160

23   6.    The Clerk of Court shall serve Deputy Attorney General Anthony Corso and

24   Supervising Deputy Attorney General Lawrence Bragg with a copy of Plaintiff's Second

25   Amended Complaint (Doc No. 19); the Court's screening Order (Doc No. 23) and this Order.

26   7.    The parties are obligated to keep the Court informed of their current addresses

27   during the stay and the pendency of this action. Changes of address must be reported promptly in

28   a Notice of Change of Address. *See* Local Rule 182(f).

Dated:   January 5, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE