UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN PENN,<br><br>                Plaintiff,<br><br>        v.<br><br>A. LUCUS; ET. AL.,<br><br>                Defendants. | Case No.  1:18-cv-1482-AWI-HBK<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO IDENTIFY WARDEN OF KERN VALLEY STATE PRISON AS CHRISTIAN PFEIFFER<br><br>(Doc. No.  34) |

Pending before the Court is Plaintiff's motion to identify the Defendant Warden of Kern Valley State Prison, filed January 18, 2022. (Doc. No. 34).  Plaintiff seeks to identify the defendant named as the "Warden of Kern Valley State Prison" as Christian Pfeiffer. (*Id.* at 1). A review of Defendant's answer indicates, Defendant identified the Warden by Christian Pfeiffer. (Doc. No. 30 at 2, ¶ 4).  The Court liberally construes the motion as brought under Fed. R. Civ. P. 15. *See Miles v. Dep't of Army*, 991 F.2d 777, 781-82 (9th Cir. 1989) (discussing amendment of the complaint to name proper defendant).

Under Rule 15(a)(1), a plaintiff may amend his complaint once, as of right, at any time prior to the filing of a responsive pleading.  Here, a responsive pleading, an answer, was filed, so Rule 15(a)(2) applies.  Under Rule 15(a)(2), a party may amend its pleading only with opposing party's written consent or the court's leave.  (*Id.*). The court should freely give leave when justice so requires.  (*Id.*).

Defendant has not filed an opposition to Plaintiff's motion and the time to do so has expired.  The Court deems Plaintiff's motion unopposed under Local Rule 230(l).  Further, the Court finds justice requires permitting the amendment of the complaint to the proper name for the Defendant currently identified as the Warden of Kern Valley. A docket review confirms that attorney Anthony Corso has already entered an appearance on behalf of the Defendant Warden of Kern Valley.  (*See* docket). Thus, Defendant Warden Pfeiffer has apparently received notice of the lawsuit against him and already has counsel who entered an appearance.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion (Doc. No. 34) is **GRANTED**.

2. The Clerk of Court shall edit the docket to reflect the proper name Christian Pfeiffer as Defendant "Warden of Kern Valley."

Dated:     February 6, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2