IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN PENN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN OF KERN VALLEY STATE PRISON, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01482-AWI-HBK<br><br>ORDER DENYING PLAINTIFF's MOTIONS FOR APPOINTMENT OF COUNSEL<br><br>(Doc. Nos. 55, 56) |

　　　Pending before the Court are Plaintiff's duplicate motions for appointment of counsel filed June 18, 2022 and August 1, 2022, respectively. (Doc. Nos. 55, 56). Plaintiff claims that a previous motion for appointment of counsel he mailed in May was intercepted by correctional staff. The Court takes judicial notice that, on May 26, 2022, the Clerk received and docketed a motion for appointment of counsel mailed by Plaintiff. (*See* Doc. No. 47). Further, the Court denied that motion on June 3, 2022. (*See* Doc. No. 49).

　　　Pointing to the alleged interference with his mail and his placement in administrative segregation, Plaintiff again, for the fifth time, seeks appointment of counsel. Both of these grounds were previously discussed and rejected as exceptional circumstances to warrant the appointment of counsel in the Court's June 3, 2022 Order. (*See Id.* at 2-3). Thus, the Court

reincorporates by reference its reasons set forth in its June 3, 2022 Order (Doc. No. 49) as though set forth at length herein and denies Plaintiff's duplicative motions for appointment of counsel.

Accordingly, it is **ORDERED**:

Plaintiff's motions for appointment of counsel (Doc. Nos. 55, 56) are DENIED.

Dated:   August 5, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE