1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| 11 | **MARLIN PENN,** | **Case No.  1:18-cv-01482-AWI-HBK (PC)** |
| 12 | **Plaintiff,** | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| 13 | **v.** | |
| 14 | **WARDEN OF KERN VALLEY STATE PRISON, ET. AL.,** | **(Doc. Nos.  48, 52)** |
| 15 | | |
| 16 | **Defendants.** | |

17

18         Plaintiff Marlin Penn is a state prisoner proceeding <u>pro se</u> and <u>in forma pauperis</u> in this

19   civil rights action.  This matter was referred to a United States magistrate judge pursuant to 28

20   U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

21         On June 8, 2022, the assigned magistrate judge issued findings and recommendations,

22   recommending the denial of Plaintiff's motion for a preliminary injunction.  Doc. No. 52 at 1-5.

23   The findings and recommendations served on Plaintiff provided him fourteen days to file

24   objections.  <u>Id.</u> at 1, 5.  Plaintiff did not file objections and the time for doing so has now passed.

25   See docket.

26         Consistent with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of

27   this case.  Having carefully reviewed the file, the Court concludes the findings and

28   recommendations are supported by the record and by proper analysis.

1

**ORDER**

2        Accordingly, IT IS HEREBY ORDERED that:

3        1.    The findings and recommendations issued on June 8, 2022 (Doc. No. 52) are

4              ADOPTED in full; and,

5        2.    Plaintiff's motion for a preliminary injunction (Doc. No. 48) is DENIED.

6

7    IT IS SO ORDERED.

8    Dated:   September 27, 2022

           SENIOR   DISTRICT   JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28