**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARLIN PENN**,<br><br>**Plaintiff**,<br><br>v.<br><br>**WARDEN OF KERN VALLEY STATE PRISON, ET. AL,**<br><br>**Defendants.** | Case No. **1:18-cv-01482-AWI-HBK (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>**(Doc. No. 63)** |

Plaintiff Marlin Penn is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On September 16, 2022, the assigned magistrate judge issued findings and recommendations, recommending the denial of Plaintiff's motion for a preliminary injunction. Doc. No. 63 at 1-6. The findings and recommendations served on Plaintiff provided him fourteen days to file objections. Id. at 1, 6. Plaintiff filed objections on September 29, 2022. Doc. No. 68.

Consistent with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on September 16, 2022 (Doc. No. 63) are ADOPTED in full; and,

2. Plaintiff's motion for a preliminary injunction is DENIED.

IT IS SO ORDERED.

Dated:   January 12, 2023

SENIOR DISTRICT JUDGE