UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN PENN,<br><br>                Plaintiff,<br><br>         v.<br><br>A. LUCAS, M. HERNANDEZ, CHRISTIAN PFEIFFER,<br><br>                Defendants. | Case No.  1:18-cv-01482-AWI-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No.  75) |

Plaintiff Marlin Penn initiated this action as a prisoner proceeding pro se by filing a civil rights complaint under 42 U.S.C. § 1983.  The matter was referred to the assigned United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 14, 2022, the magistrate judge issued a findings and recommendations, recommending the district court grant the exhaustion-based motion for summary judgment filed on behalf of Defendants Pfieffer and Hernandez.  (Doc. No. 75.)  Based on the foregoing, the magistrate judge noted the case will proceed against only Defendant Lucas.  (Id.)  The findings and recommendations served on the parties contained notice that Objections to the Findings and Recommendations were to be filed within thirty days.  (Id. at 1, 11.)  Plaintiff filed his objections on December 27, 2022.  (Doc. No. 76.)  On January 9, 2023, Defendants filed their response to Plaintiff's objections.  (Doc. No. 77.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

ACCORDINGLY, it is ORDERED:

1. The Findings and Recommendations (Doc. No. 75) issued on December 14, 2022 are ADOPTED in full.

2. The motion for summary judgment filed on behalf of Defendants Pfieffer and Hernandez is granted. This case proceeds against Defendant Lucas only.

3. This matter is referred to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   April 7, 2023

SENIOR DISTRICT JUDGE