UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN PENN,<br><br>          Plaintiff,<br><br>     v.<br><br>A. LUCAS,<br><br>          Defendant. | Case No. 1:18-cv-01482-NODJ-HBK (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 101)<br><br>MARCH 15, 2024 DEADLINE |

      Pending before the Court is pro se Plaintiff Marlin Penn's motion seeking an extension of time and/or stay of this case filed on December 4, 2023. (Doc. No. 101, "Motion"). Plaintiff seeks a stay of this case or a "30-60" day extension of time after February 15, 2024, to file an opposition to Defendant's motion for summary judgment or a stay of his case. (*Id.*). Plaintiff asserts he needs additional time to prepare the motion because typewriter was damaged during a cell search, and he will not receive a replacement typewriter until sometime in January 2024. (*Id.* at 1-2). Defendant filed a statement on non-opposition to the Motion. (Doc. No. 102).

      The Court may grant an extension of time "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). The Court finds good cause to grant Plaintiff's requested extension to respond to

Defendant's motion for summary judgment but will not stay the case.

Accordingly, it is hereby **ORDERED**:

Plaintiff's motion for extension of time (Doc. No. 101) is GRANTED and Plaintiff must deliver his response to Defendant's motion for summary judgment to correctional officials for mailing **no later than March 15, 2024**. If Plaintiff fails to timely file a response, or seek a further extension of time, the Court will deem Defendant's motion for summary judgment ripe for review without the benefit of response from Plaintiff.

Dated:   December 5, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE