UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN PENN,<br><br>        Plaintiff,<br><br>   v.<br><br>A. LUCAS,<br><br>        Defendant. | Case No. 1:18-cv-01482-NODJ-HBK (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO DISMISS DEFEDANT'S MOTION FOR SUMMARY JUDGMENT AS UNTIMELY<br><br>(Doc. No. 104)<br><br>ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>March 29, 2024 Deadline |

     Pending before the Court is Plaintiff's "Motion to Dismiss Defendant's 'Late Filing" Motion for Summary Judgment" filed on February 2, 2024. (Doc. No. 104, "Motion"). Defendant filed a response in opposition to the Motion on February 5, 2024. (Doc. No. 105). The Court denies Plaintiff's Motion.

     Plaintiff submits that Defendant's Motion for Summary Judgment (Doc. No. 99) should be dismissed because it was not timely filed by the deadline. (Doc. No. 104 at 1). Plaintiff acknowledges that Defendant's Motion for Summary Judgment was filed on November 14, 2023, which was the extended deadline set by the Court in its September 25, 2023 Order (Doc. No. 98). However, Plaintiff argues that because the Motion for Summary Judgment was not electronically

filed until 5:42 p.m., which is after the Court's "business hours," it is untimely and must be dismissed. (*Id.* at 2). Without elaboration, Plaintiff claims the late filing is "prejudicial against him." (*Id.*).

As correctly noted by Defendant, under both the Federal Rules of Civil Procedure and this Court's Local Rules, a document is deemed timely if filed by midnight in the Court's time zone. *See* Federal Rule of Civil Procedure 6(a)(4)(A) (unless a court's local rules or it orders otherwise electronic filings are timely if made by "midnight in the court's time zone"); Eastern District of California Local Rule 134(b) (a "document will generally be deemed filed on a particular day if filed before midnight (Pacific Time) on that business day" unless the Court deems time of the essence and orders otherwise). Thus, because this Court did not order otherwise, these procedural rules govern the filing of Defendant's Motion for Summary Judgment and its electronic filing on November 14, 2024 at 5:42 p.m. was not untimely.

On December 5, 2023, the Court granted Plaintiff an extension of time until March 15, 2024 to deliver his response to Defendant's Motion for Summary Judgment. (*See* Doc. No. 103). Given Plaintiff's pro se status, the Court will *sua sponte* afford Plaintiff a brief further extension should he wish to address the merits of Defendant's Motion for Summary Judgment.

Accordingly, it is hereby **ORDERED**:

1. Plaintiff's Motion to Dismiss Defendant's 'Late Filing" Motion for Summary Judgment" (Doc. No. 104) is DENIED.
2. The Court sua sponte grants Plaintiff an extension of time, until March 29, 2024, to deliver his response to Defendant's Motion for Summary Judgment to correctional officials for mailing.

Dated:   March 6, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE